Argued and submitted June 12, reversed and remanded for reconsideration
August 21, 1991

Sandy BARR,
dba Sandy Barr Enterprises,
*Petitioner,*

*and*

Donald H. OWEN
and Judith J. Owen,
*Intervenors below,*

*v.*

CITY OF PORTLAND,
*Respondent.*

(LUBA 90-142; CA A69637)

814 P2d 564

Benjamin Rosenthal, Portland, argued the cause for petitioner. With him on the brief were Allen L. Johnson and Johnson and Kloos, Eugene.

Peter Kasting, Chief Deputy City Attorney, Portland, argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

In the light of concessions made at oral argument in this court, we reverse and remand to LUBA for reconsideration.

Reversed and remanded for reconsideration.